# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK C. WARREN, | CASE NO.: 3:16-CV-00482-RCJ-VPC |
| Plaintiff, | **ORDER** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF No. 25[1]) entered on August 31, 2017, recommending that the Court deny Plaintiff's Motion for Reversal or Remand (ECF No. 15) and grant Defendant's Cross-Motion to Affirm (ECF No. 21). On September 13, 2017, Plaintiff filed his Objections to Report of Findings and Recommendation (ECF No. 26).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 25) entered on August 31, 2017, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Motion for Reversal or Remand (ECF No. 15) is DENIED.

IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (ECF No. 21) is GRANTED.

IT IS FURTHER ORDERED. The Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 20th day of September, 2017.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.